IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIBURON LOCKERS, INC.** : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **NORTHGATE DIGITAL** : <br> **CORPORATION and SETH JASLOW** : <br> Defendants. : | **CIVIL ACTION NO. 15-5050** |

## ORDER

**AND NOW,** this 5th day of February 2018, upon consideration of the cross-motions for summary judgment and the responses thereto, and for the reasons stated in the accompanying memorandum opinion, is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment [Doc. No. 39] is **GRANTED** as to the claims asserted by Plaintiff and **DENIED** to the extent it belatedly sought summary judgment on the counterclaim.

2. Plaintiff's Cross-Motion for Summary Judgment [Doc. No. 45] is **DENIED**.

3. The parties shall confer and file within **14 days** a joint proposal with regard to resolution of the counterclaim.

It is so **ORDERED.**

                                                     **BY THE COURT:**

                                                   **/s/Cynthia M. Rufe**

                                                   _____
                                                   **CYNTHIA M. RUFE, J.**